

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2016

No. 04-16-00687-CR

In re Edward **SCHROEDER,**
Appellant

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5546
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant Edward Schroeder seeks to appeal the trial court's October 10, 2016 judgment of contempt against him for failure to appear in court. Appellate courts do not have jurisdiction to review contempt proceedings on direct appeal. *In re T.L.K.*, 90 S.W.3d 833, 841 (Tex. App.—San Antonio 2002, no pet.); *In re A.M.*, 974 S.W.2d 857, 861 (Tex. App.—San Antonio 1998, no pet.) (the remedy from a finding of contempt is a habeas proceeding). Accordingly, appellant is hereby ORDERED to show cause in writing ***within fifteen (15) days*** from the date of this order stating why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court